AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida ▼

RICHARD PATTERSON; THEODORE ZYWICKI, JR.; STEPHANIE IHLENFELD; KIM OLINS; and KIMBERLY MURRELL )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No.
PAIGE LLC; and NORDSTROM, INC. )
)
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Nordstrom, Inc.
c/o Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marcus W. Corwin, Esq., Marcus W. Corwin, PA d/b/a Corwin Law, 5030 Champion Blvd., Suite G11-264, Boca Raton, FL 33496
and
Jeffrey C. Schneider, Esq., Victor Petrescu, Esq., Levine, Kellogg, Lehman, Schneider + Grossman, LLP, 100 SE 2nd Street, 36th Floor, Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____  _____
*Signature of Clerk or Deputy Clerk*